JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
DUWAYNE LEDOUX

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DUWAYNE LEDOUX et al., ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> ) | No. CR-S-11-339 WBS <br><br> STIPULATION AND <br> [~~PROPOSED~~ ORDER] CONTINUING <br> STATUS CONFERENCE <br><br> Date: January 9, 2012 <br> Time: 9:30 a.m. <br> Judge: Honorable William B. Shubb |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Jason Hitt, Assistant United States Attorney, together with counsel for defendant Duwayne Ledoux, John R. Manning, Esq., and counsel for defendant Jennifer MacDougal, Lexi Negin, Esq., that the status conference presently set for November 7, 2011 be **continued to January 9, 2012, at 9:30 a.m.,** thus **vacating** the presently set status conference.

Defense counsel requires additional time to review the discovery and perform investigation. Therefore, counsel for the parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the defendants and the public in a speedy trial. 18 U.S.C. 3161(h)(7)(A) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, January 9, 2012.

1

IT IS SO STIPULATED.

Dated: November 2, 2011        /s/ John R. Manning
                               JOHN R. MANNING
                               Attorney for Defendant
                               Duwayne Ledoux

Dated: November 2, 2011        /s/ Lexi Negin
                               LEXI NEGIN
                               Attorney for Defendant
                               Jennifer MacDougal


Dated: November 2, 2011        Benjamin B. Wagner
                               United States Attorney

                          by:  /s/ Jason Hitt
                               JASON HITT
                               Assistant U.S. Attorney

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
DUWAYNE LEDOUX

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,         ) No. CR-S-11-0339 WBS
                                  )
        Plaintiff,                )
                                  ) ORDER TO
                                  ) CONTINUE STATUS CONFERNCE
v.                                )
                                  )
DUWAYNE LEDOUX, et al.,           )
                                  )
        Defendants.               )
                                  )
                                  )
                                  )
                                  )

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order. Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation, November 2, 2011, through and including January 9, 2012, pursuant to 18 U.S.C. §

///

3

3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4.  A new status conference date is hereby set from the date of this order to **January 9, 2012 at 9:30 a.m.**

IT IS SO ORDERED.

Dated: November 7, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4