

**FILED**

DEC 2 1 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY 
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) No. CR-S-11-339 WBS
Plaintiff, )
)
) ORDER FOR RELEASE OF
v. ) PERSON IN CUSTODY
)
DUWAYNE LEDOUX, )
)
Defendants. )
)
)
)
)

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release DUWAYNE LEDOUX, Case No. CR.S-11-339-WBS from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_ Release on Personal Recognizance

_X_ Bail Posted in the Sum of:  $100,000.00

    _X_ Unsecured Appearance Bond ($51,000.00)

    _X_ Secured Appearance Bond ($49,000.00)

    _X_ (Other) Conditions as stated on the record.

    \_\_\_ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento on 1Y/3l/11    1?45 pm

By _Carolyn K. Delaney_
Carolyn K. Delaney
United States Magistrate Judge

1