| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | LEXI NEGIN, Bar # 250376 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814 |
| | Telephone: (916) 498-5700 |
| 5 | |
| | Attorney for Defendant |
| 6 | JENNIFER LYNN MACDOUGAL |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR-S-11-339 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED] ORDER TO** |
| v. | ) | **CONTINUE STATUS CONFERENCE AND TO** |
| | ) | **EXCLUDE TIME** |
| DUWAYNE LEDOUX, | ) | |
| JENNIFER LYNN MACDOUGAL | ) | Date: July 9, 2012 |
| | ) | Time: 9:30 a.m. |
| Defendant. | ) | Judge: William B. Shubb |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jason Hitt, Assistant United States Attorney, John Manning attorney for defendant Duwayne Ledoux, and Lexi Negin, Assistant Federal Defender, attorney for defendant Jennifer Lynn MacDougal, that the status conference hearing date of Monday, May 7, 2012, be vacated and a new status conference hearing date of Monday, July 9, 2012, at 9:30 a.m., be set.

The reason for this continuance is because the parties have reached a potential resolution in the case, but need additional time to work out the details.

It is further stipulated that the time for trial under the Speedy Trial Act should be excluded from the date of the signing of this order through and including July 9, 2012, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv)

///

///

///

1 [reasonable time to prepare] and Local Code T4, and that the ends of justice to be served by granting the
2 continuance outweigh the best interest of the public and the defendant to a speedy trial.

Dated: May 1, 2012

                                                  Respectfully submitted,

                                                  DANIEL J. BRODERICK
                                                  Federal Defender

                                                  */s/ Lexi Negin*
                                                  LEXI NEGIN
                                                  Assistant Federal Defender
                                                  Attorney for Jennifer MacDougal

                                                  */s/ Lexi Negin for*
                                                  JOHN MANNING
                                                  Attorney for Duwayne Ledoux

Dated: May 1, 2012                            BENJAMIN B. WAGNER
                                                  United States Attorney

                                                  */s/ Lexi Negin for*
                                                  JASON HITT
                                                  Assistant U.S. Attorney

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on May 1, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Monday, May 7, 2012, be vacated and that the case be set for **Monday, July 9, 2012, at 9:30 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of today's date, through and including July 9, 2012, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

Dated: May 1, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE