DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN, Bar # 250376
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JENNIFER LYNN MACDOUGAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JENNIFER LYNN MACDOUGAL, <br><br> Defendant. | NO. CR-S-11-339 WBS <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CHANGE OF PLEA HEARING AND TO EXCLUDE TIME** <br><br> Date: August 20, 2012 <br> Time: 9:30 a.m. <br> Judge: William B. Shubb |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jason Hitt, Assistant United States Attorney, and Lexi Negin, Assistant Federal Defender, attorney for defendant JENNIFER LYNN MACDOUGAL, that the change of plea hearing scheduled for July 23, 2012, be vacated and a new change of plea hearing date of Monday, August 20, 2012, at 9:30 a.m., be set.

The reason for this continuance is because the parties have reached a resolution in this matter but additional time is needed to finalize the written plea agreement.

It is further stipulated that the time for trial under the Speedy Trial Act should be excluded from the date of the signing of this order through and including August 20, 2012, pursuant to 18 U.S.C.

///

///

///

///

§3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4, and that the ends of justice to be served by granting the continuance outweigh the best interest of the public and the defendant to a speedy trial.

Dated: July 19, 2012

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

 */s/ Lexi Negin*
LEXI NEGIN
Assistant Federal Defender
Attorney for Defendant
JENNIFER MACDOUGAL

Dated: July 19, 2012

BENJAMIN B. WAGNER
United States Attorney

 */s/ Lexi Negin for*
JASON HITT
Assistant U.S. Attorney

## **O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on July 20, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the change of plea hearing currently scheduled for Monday, July 23, 2012, be vacated and that the case be set for **Monday, August 20, 2012, at 9:30 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of today's date, through and including August 20, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

Dated: July 20, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE