```
1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   LEXI NEGIN, Bar # 250376
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, California 95814
    Telephone: (916) 498-5700
5
    Attorney for Defendant
6   JENNIFER LYNN MACDOUGAL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR-S-11-339 WBS |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CHANGE OF PLEA HEARING AND TO EXCLUDE TIME** |
| JENNIFER LYNN MACDOUGAL, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jason Hitt, Assistant United States Attorney, and Lexi Negin, Assistant Federal Defender, attorney for defendant JENNIFER LYNN MACDOUGAL, that the change of plea hearing scheduled for Monday, September 24, 2012, be vacated and a new change of plea hearing date of Monday, October 22, 2012, at 9:30 a.m., be set.

The reason for this continuance is because a proposed plea agreement is forthcoming from the government, and defense counsel needs additional time to review the plea agreement with the client once it is received.

It is further stipulated that the time for trial under the Speedy Trial Act should be excluded from the date of the signing of this order through and including September 24, 2012, pursuant to 18 U.S.C.

///

///

§3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4, and that the ends of justice to be served by granting the continuance outweigh the best interest of the public and the defendant to a speedy trial.

Dated: September 20, 2012

                                              Respectfully submitted,

                                              DANIEL J. BRODERICK
                                              Federal Defender

                                              */s/ Lexi Negin*
                                              LEXI NEGIN
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              JENNIFER MACDOUGAL

Dated: September 20, 2012                    BENJAMIN B. WAGNER
                                              United States Attorney

                                              */s/ Lexi Negin for*
                                              JASON HITT
                                              Assistant U.S. Attorney

## O R D E R

Based on the reasons set forth in the stipulation of the parties filed on September 20, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the change of plea hearing currently scheduled for Monday, September 24, 2012, be vacated and that the case be set for **Monday, October 22, 2012, at 9:30 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of today's date, through and including October 22, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

Dated: September 20, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2